UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-24451-CV-UNGARO

SAMIR ZATARA,

       Plaintiff,

vs.

MOE'S BAGELS, INC.,
a Florida corporation, and
HUSSIN MOHAMED, individually,

       Defendants.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through their undersigned counsel, stipulate to dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P. See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012) (Wilson, J.) ("District courts need not and may not take action after the stipulation becomes effective."). Without admitting any wrongdoing or liability, Defendant has offered to pay the full amount of wages the parties have agreed are due for settlement purposes only, and separately negotiated attorneys' fees and costs. Plaintiff has accepted Defendant's offer. Approval pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) is not required because Plaintiff has neither compromised his back pay nor his liquidated damages. Defendant has offered and Plaintiff has accepted additional consideration for a mutual general release, non-disparagement and confidentiality agreement. The parties agree that the case is moot. *Genesis Healthcare Corporation v. Symczyk*, 133 S.Ct. 1523 (April 16,

2013)(when a FLSA plaintiff agrees that his/her case is moot there is no justiciable action).

      Dated: April 14, 2014.

Respectfully submitted,

| | |
|---|---|
| LEVY & LEVY, P.A. | Stevenson Law, PL |
| 300 Southeast Thirteenth Street | 2999 NE 191st Street |
| Fort Lauderdale, Florida 33316 | Suite 702 - Aventura View Bldg. |
| Telephone: (954) 763-5722 | Aventura, FL  33180 |
| Facsimile: (954) 763-5723 | Telephone: 954-964-0061 |
| E-mail: chad@levylevylaw.com | Facsimile: 954-252-2095 |
| Counsel for Plaintiff | Email: roslyn.rlslaw@gmail.com |
| | |
| */s/ Chad E. Levy* | */s/ Roslyn L. Stevenson* |
| Chad E. Levy | Roslyn L. Stevenson, Esq. |
| Florida Bar No.  0851701 | Florida Bar No.  829803 |